FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 05 2011

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA      )
                              )
                              )    No. 4:11-CR-00 229 JLH
vs.                           )
                              )
                              )
JOHN SKEFFINGTON              )

## INDICTMENT
(Mail Fraud)

THE GRAND JURY CHARGES THAT:

Starting in or about April, 2007, through in or about March, 2009, in the Eastern District of Arkansas and elsewhere,

**JOHN SKEFFINGTON**

d/b/a Arkansas Lakes, LLC, devised a scheme and artifice to defraud and to obtain money by means of false and fraudulent pretenses, representations, and promises. For the purpose of executing such scheme and artifice, JOHN SKEFFINGTON did cause to be delivered by the Postal Service certain mail matter according to the direction thereon.

**The Fraud Scheme Described**

Starting in April, 2007, and continuing through March, 2009, JOHN SKEFFINGTON, d/b/a Arkansas Lakes, LLC, (Arkansas Lakes) with its principal place of business in Florida, fraudulently represented himself in Arkansas, nationally, and internationally as the owner and developer of approximately 880 acres of undeveloped property known as Deer Run and Mountain Valley Lakes, located near Evening Shade, Sharp County, Arkansas. He represented that Arkansas Lakes would be subdividing the property into lots to sell. SKEFFINGTON would convince

potential buyers that Arkansas Lakes would convey lots to the purchaser by Warranty Deed, thus providing the purchaser with clear title and free from all encumbrances.

In or about February, 2007 SKEFFINGTON and his wife obtained a $1.4 million loan to purchase and to develop the property from Liberty Bank, Highland, Arkansas. Therefore, neither SKEFFINGTON nor Arkansas Lakes owned the property free of the first mortgage held by Liberty Bank or had legal ability to unilaterally convey a lot by Warranty Deed. The agreement with Liberty Bank required SKEFFINGTON first to repay the bank a specified amount to release the bank's mortgage for such individual lots that SKEFFINGTON should sell. Only then would SKEFFINGTON have a legal right to convey a lot to a purchaser by Warranty Deed, giving a purchaser title, free and clear. SKEFFINGTON, as Arkansas Lakes, fraudulently sold numerous lots without paying the bank according to the agreement and without obtaining the bank's release of its mortgage. He would then cause a false Warranty Deed to be prepared for the purchaser, fraudulently representing and warranting each sale as free and clear. Each deed was signed by SKEFFINGTON for Arkansas Lakes and notarized by an employee in his office in Florida then filed with the Sharp County Clerk in Arkansas.

As a result of his fraudulent pretenses, representations, and promises, SKEFFINGTON was able to persuade approximately 47 buyer-investors from Arkansas, Florida, The United Kingdom, and elsewhere to buy land and pay him approximately $465,000 for 238 lots. The conveyances all were represented by false Warranty Deeds, which warranted each property to be free and clear of all encumbrances.

**Use of Postal Service**

In each instance where JOHN SKEFFINGTON as Arkansas Lakes persuaded individuals to buy lots, SKEFFINGTON caused the fraudulent warranty deed(s) to be prepared and sent from

his business, located in Florida, to the Sharp County Clerk in Arkansas. There the deeds would be recorded and stamped. The Clerk's office would then routinely mail the buyers' file-marked deeds to SKEFFINGTON'S office in Florida through the Postal Service. Causing deeds to be mailed by the Sharp County Clerk was integral to the execution of the fraud scheme. Mailings are separately listed below as individual counts of this indictment. No attempt has been made to list each and every mailing by the Postal Service that JOHN SKEFFINGTON caused in executing his scheme.

## COUNTS 1 THROUGH 21

| COUNT | DATE OF MAILING | DEEDS INCLUDED IN MAILING | NUMBER OF LOTS | PURCHASE PRICE LISTED ON DEED |
|---|---|---|---|---|
| 1 | 5/4/2007 | P&P Family Enterprise, Inc. | 1 | $4,500.00 |
| 2 | 5/21/2007 | Rose Marie Nelson | 1 | $5,500.00 |
| 3 | 6/7/2007 | Sandra & Samuel Beckles | 1 | $6,995.00 |
| 4 | 6/18/2007 | Regine St. Victor | 1 | $6,000.00 |
| 5 | 7/17/2007 | Angelot & Agena Paul | 5 | $20,000.00 |
| 6 | 7/23/2007 | Jude Anselme | 1 | $7,200.00 |
| 7 | 8/21/2007 | Wanda Ortego | 1 | $5,000 |
| 8 | 9/7/2007 | Equity Trust Company Custodian FBO John Clites IRA | 18 | $150,000.00 |
| 9 | 10/1/2007 | Claude Nelson | 1 | $5,500.00 |
| 10 | 2/6/2008 | Mark Skeffington | 135 | $40,500.00 |
| 11 | 2/19/2008 | Mary Ann Clay | 14 | $10.00 |
| 12 | 6/10/2008 | Rhonda & Daniel & Dana Seedaire | 1 | $2,000.00 |
| | 6/10/2008 | Rhonda & Daniel Seedaire and Danielle Seedaire-Rubio | 1 | $2,000.00 |
| | 6/10/2008 | Caroline M. Bryan | 3 | $4,000.00 |
| 13 | 6/23/2008 | Carole Anne Smith | 1 | $15,000.00 |
| | 6/23/2008 | Dee Mellerick and Mary Clare Holland | 1 | $15,000.00 |
| 14 | 8/11/2008 | Chad Laxton and Balinder Uppal | 1 | $15,000.00 |
| 15 | 9/8/2008 | Elaine Hemmings and Belinda Bogle | 1 | $2,000.00 |
| | 9/8/2008 | Janice Jackson | 1 | $2,000.00 |
| | 9/8/2008 | Abner Choto | 6 | $12,000.00 |

|    | 9/8/2008 | Haitian Pentecostal Church, Inc. | 1 | $2,000.00 |
|----|----------|----------------------------------|---|-----------|
|    | 9/8/2008 | Neesa Harrilal | 1 | $2,000.00 |
|    | 9/8/2008 | Neesa Harrilal and Alissah Cabrera | 1 | $2,000.00 |
|    | 9/8/2008 | Neesa Harrilal and Christina Brautigam | 1 | $2,000.00 |
|    | 9/8/2008 | Jean Hypolite | 2 | $4,000.00 |
|    | 9/8/2008 | Mercilia Mondestin | 1 | $2,000.00 |
|    | 9/8/2008 | Stephanie Anor | 1 | $2,000.00 |
|    | 9/8/2008 | Olujimi Magbagbeola and Temitayo Magbagbeola | 1 | $15,000.00 |
|    | 9/8/2008 | Carol Cooper | 2 | $4,000.00 |
|    | 9/8/2008 | Christopher and Monique Marsden | 1 | $2,500.00 |
|    | 9/8/2008 | Graig Michael Guccione | 8 | $16,000.00 |
|    | 9/8/2008 | Idel Rose | 1 | $2,000.00 |
|    | 9/8/2008 | Sandra Lianie Moreau, Achille Moreau and Amaranthe Moreau | 1 | $2,000.00 |
|    | 9/8/2008 | Widelyne M. Bien-Aime | 1 | $2,000.00 |
|    | 9/8/2008 | Showcase Properties, LLC | 2 | $4,000.00 |
| 16 | 10/6/2008 | Warren Waller | 2 | $5,000.00 |
|    | 10/6/2008 | Robert and Romona Wisby | 1 | $10.00 |
| 17 | 11/17/2008 | Margaret Bocage | 1 | $6,000.00 |
|    | 11/17/2008 | Philippe Fontaine | 1 | $6,900.00 |
| 18 | 12/4/2008 | Equity Trust Company Custodian FBO Joseph Bowman's IRA | 3 | $6,000.00 |
|    | 12/4/2008 | Haughton, Inc. | 1 | $2,000.00 |
|    | 12/4/2008 | Tim Gregory | 2 | $4,000.00 |
|    | 12/4/2008 | Hayden Juliean and Valerie Gabriel | 1 | $15,000.00 |
|    | 12/4/2008 | Razik Menidjel | 2 | $30,000.00 |
| 19 | 1/5/2008 | Sheri Brown | 2 | $5,000.00 |
| 20 | 3/20/2009 | Edison and Mattie Nottage | 1 | $2,000.00 |
| 21 | 3/30/2009 | Chad Laxton and Balinder Uppal | 1 | $10.00 |

Such conduct, by JOHN SKEFFINGTON as listed above in each Count, was in each instance a violation of Title 18, United States Code, Section 1341.

(END OF TEXT. SIGNATURE PAGE ATTACHED.)